JOHN S. LEONARDO
United States Attorney
District of Arizona
ERICA L. SEGER
State Bar No. 022681
Assistant United States Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: erica.seger@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

2015 DEC 30 P 1:45

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
(Counts 1, 2, 3)

▮▮▮▮▮▮▮▮
(Counts 1, 2)

▮▮▮▮▮▮▮▮▮▮
(Counts 1, 3)

4. Vivian Manuel
(Counts 1, 3)

5. Frank Trejo,
(Counts 1, 3)

Defendants.

CR15-2332TUC

INDICTMENT

18 U.S.C. §§ 371
(Conspiracy to Smuggle Goods from the United States)
Count 1

18 U.S.C. § 554
(Smuggling Goods from the United States)
Counts 2, 3

(UNDER SEAL)

THE GRAND JURY CHARGES:

COUNT ONE

CONSPIRACY TO SMUGGLE GOODS FROM THE UNITED STATES

Beginning at a time unknown and continuing up through May 4, 2015, at or near Menagers Dam, on the Tohono O'odham Indian Nation, in the District of Arizona, and elsewhere within the District of Arizona, the defendants, ▮▮▮▮▮▮▮▮

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ VIVIAN MANUEL and FRANK TREJO, did knowingly and intentionally combine, conspire, confederate, and agree together with persons known and unknown to the grand jury to commit offenses against the United States, that is: the knowing attempt to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and the receipt, concealment, purchase, sale, and facilitation in any manner of the transportation, concealment, and sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: weapons and ammunition whose exportation would be in violation of Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18, United States Code, Section 554.

### Purpose of the Conspiracy

The purpose of this conspiracy was to commit, and assist in the commission of the possession and unlawful export of items, to wit:

   a. American Spirit Arms Corp. ASA15 (Serial #AS40211) .223 caliber pistol
   b. Smith & Wesson M&P 15 (Serial #SR24283) .223 caliber rifle
   c. Bushmaster Firearms XM15-E2S (Serial #ARB09931) .223 caliber rifle
   d. Smith & Wesson M&P 40 (Serial #DSN9560) .40 caliber pistol
   e. HS Products (IM Metal) XD45 (Serial #US637009) .45 caliber pistol
   f. 700 rounds of .223 caliber ammunition
   g. 25 rounds of .40 caliber ammunition
   h. 25 rounds of .45 caliber ammunition

from the United States to Mexico.

### The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that the defendants and/or their co-conspirators would obtain various firearms and ammunition and conceal them within the United States.

It was further part of the conspiracy that the defendants and/or their co-conspirators would transport the firearms and ammunition from the United States into Mexico.

It was further part of the conspiracy that the defendants and/or their co-conspirators would provide the firearms and ammunition they obtained in the United States to other defendants and/or co-conspirators in Mexico.

**Overt Acts**

In furtherance of the conspiracy, one of more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about May 2, 2015, ▓▓▓▓▓▓▓▓▓▓ contacted a co-conspirator via telephone and instructed she travel to Phoenix to pick up weapons to transport to Mexico via Menagers Dam.

On May 2, 2015, ▓▓▓▓▓▓ and a co-conspirator traveled to Mesa to pick up the weapons and ammunition, as described in a – h above.

Further, on that date, ▓▓▓▓▓▓ was stopped while traveling southbound on Federal Route 15 driving a white Chevrolet pick-up truck. In the truck were the firearms and ammunition, as described in a – h above.

On May 4, 2015, ▓▓▓▓▓▓▓▓▓▓▓▓ contacted a co-conspirator and insisted that the firearms and ammunition be transported to Menagers Dam. ▓▓▓▓▓▓ instructed a co-conspirator to give the weapons to Jr., later identified as Jerry Flores, Jr. On that same date, ▓▓▓▓▓▓▓▓▓▓ VIVIAN MANUEL, FRANK TREJO and a co-conspirator communicated via numerous telephone conversations about the exchange of the firearms and ammunition, as described in a – h above. During these conversations, VIVIAN MANUEL, FRANK TREJO and a co-conspirator made plans to meet in the parking lot of Walmart in Casa Grande to exchange the firearms and ammunition.

On May 4, 2015 at approximately 5:15 p.m., FRANK TREJO removed the firearms and ammunition described in a – h above and put the items into the trunk of a gold Chevrolet sedan. VIVIAN MANUEL and FRANK TREJO intended to transport the firearms and ammunition to ▇▇▇▇▇▇▇ in Menagers Dam on the Tohono O'odham Indian Nation.

On May 4, 2015, at approximately 5:35 p.m., VIVIAN MANUEL and FRANK TREJO were stopped while driving east on I-10 in the gold Chevrolet sedan. In the vehicle were firearms and ammunition, as described in a – h above.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

## SMUGGLING GOODS FROM THE UNITED STATES

On or about May 2, 2015, at or near Chui Chu, on the Tohono O'odham Indian Nation, in District of Arizona, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of weapons and ammunition, to wit:

a. American Spirit Arms Corp. ASA15 (Serial #AS40211) .223 caliber pistol
b. Smith & Wesson M&P 15 (Serial #SR24283) .223 caliber rifle
c. Bushmaster Firearms XM15-E2S (Serial #ARB09931) .223 caliber rifle
d. Smith & Wesson M&P 40 (Serial #DSN9560) .40 caliber pistol
e. HS Products (IM Metal) XD45 (Serial #US637009) .45 caliber pistol
f. 700 rounds of .223 caliber ammunition
g. 25 rounds of .40 caliber ammunition
h. 25 rounds of .45 caliber ammunition

prior to exportation, knowing them to be intended for exportation contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18, United States Code, Section 554.

## COUNT THREE

## SMUGGLING GOODS FROM THE UNITED STATES

On or about May 4, 2015, at or near Casa Grande, in District of Arizona, ███████████████████████████████████████████ VIVIAN MANUEL and FRANK TREJO, received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of weapons and ammunition, to wit:

    a. American Spirit Arms Corp. ASA15 (Serial #AS40211) .223 caliber pistol

    b. Smith & Wesson M&P 15 (Serial #SR24283) .223 caliber rifle

    c. Bushmaster Firearms XM15-E2S (Serial #ARB09931) .223 caliber rifle

    d. Smith & Wesson M&P 40 (Serial #DSN9560) .40 caliber pistol

    e. HS Products (IM Metal) XD45 (Serial #US637009) .45 caliber pistol

    f. 700 rounds of .223 caliber ammunition

    g. 25 rounds of .40 caliber ammunition

    h. 25 rounds of .45 caliber ammunition

prior to exportation, knowing them to be intended for exportation contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1;

All in violation of Title 18, United States Code, Section 554.

A TRUE BILL

/s/
_____
Presiding Juror

DEC 3 0 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE